AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

LINE CONSTRUCTION BENEFIT FUND,
A HEALTH AND WELFARE FUND,

                      **SUMMONS IN A CIVIL CASE**

        Plaintiff,

v.

DENNIE DATACOM, LLC,

                    CASE NUMBER:   08CV4148

                    ASSIGNED JUDGE:   JUDGE BUCKLO

        Defendant.

                    MAGISTRATE JUDGE KEYS

                    DESIGNATED
                    MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

DENNIE DATACOM, LLC.
c/o: Charles R. Dennie, Registered Agent
1339 Smith Street
Charleston, WV 25301

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*J. Cervantes* (signature)

(By) DEPUTY CLERK

July 22, 2008

Date



IN THE
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINE CONSTRUCTION BENEFIT FUND, A HEALTH AND WELFARE FUND<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>DENNIE DATACOM, LLC<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO:<br>**08CV4148**<br><br>AFFIDAVIT OF SERVICE OF:<br>**SUMMONS AND COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **29th day of July, 2008, at 2:50 PM**, at the address of **DENNY DATACOM, 3200 KANAWHA Turnpike BUILDING 740, SOUTH CHARLESTON, WV 25303**; this affiant served the above described documents upon **DENNIE DATACOM, LLC**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **CHARLES DENNY, REGISTERED AGENT, A white male approx. 55-65 years of age 6'2"-6'4" in height weighing 240-260 lbs with gray hair, a mustache, and glasses**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this **30th day of July, 2008**.

_____
ALLEN LYNCH, Reg. # N/A, KANAWHA, WV

SUBSCRIBED AND SWORN to before me this 30th day of July, 2008

_____
NOTARY PUBLIC in and for the State of **West Virginia**
Residing at: 204 15TH ST DUNBAR WV
My Commission Expires: 10-10-2012

FOR: **LAW OFFICES OF ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.** ORIGINAL PROOF OF SERVICE

Tracking #: 5670423 SEA

Official Seal
Notary Public, State of West Virginia
David Bruce Hartsaw
204 - 15th Street
Dunbar, WV 25064
My commission expires October 10, 2012